# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** David M. Hirsch      **Case Number:** 04-40209      **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**
#471 Trustee's Final Report and Account Before Distribution, Request for Compensation and Report on Claims and Proposed Distribution

**OUTCOME:**

_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                      Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
 ✓   DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

APPROVED.


IT IS SO NOTED:                                       IT IS SO ORDERED:

_____                 _____ Dated: 12/29/2008
Courtroom Deputy                             Henry J. Boroff, U.S. Bankruptcy Judge